**MEMO**

Date: June 28, 2012

To: Douglas C. Palmer
Clerk of the Court

From: Brian J. Kelly
Senior U.S. Probation Officer

Re: Williams, Salvador - Transfer of Jurisdiction

FILED
CLERK

2012 JUL -5 AM 11: 31

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

CR 12 - 438

GARAUFIS, J.

Reference is made to the above-caption offender who was originally sentenced in the District of New Hampshire. Please assign a Judge to this case and have the Judge sign the transfer forms in the appropriate section. Attachments regarding the Transfer of Jurisdiction from the District of New Hampshire are provided for your file and docketing in your office. Please execute Part 2 (Order Accepting Jurisdiction) on two originals. The originals should be returned to the District of New Hampshire Probation Office whose Clerk of the Court will proceed with the transfer of jurisdiction and will send certified copies of the Indictment and the Judgement and Commitment Order to you.

attachments

| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER *(Tran. Court)* 09-CR-39-01-SM |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** CR 12 - 438 | | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Salvador Williams 90 Ross Street, Apt. 6O Brooklyn, NY 11211 | DISTRICT DISTRICT OF NEW HAMPSHIRE | DIVISION | |
| | NAME OF SENTENCING JUDGE Honorable Steven J. McAuliffe | | |
| GARAUFIS, J. | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 1/7/2011 | TO 1/6/2014 |

OFFENSE

Conspiracy to Commit Access Device Fraud, in violation of 18 U.S.C. §§ 371 and 1029(a)(1) and (3)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF NEW HAMPSHIRE</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 20, 2012
Date                                                                                          United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF NEW YORK</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date                                                                           United States District Judge